UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  5:24-cv-00370-SRM-MAA                    Date: March 25, 2025

Title:  *Trezell Heckard v. County of Riverside et al.*

Present:    The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**        **Second Order to Show Cause Why This Court Should Not Recommend Dismissal**

On September 6, 2024, the Court issued an Order Dismissing Complaint with Leave to Amend ("Order"). (Order, ECF No. 12.)  The Court ordered Plaintiff to, no later than October 6, 2024, either: (1) file a First Amended Complaint ("FAC"); (2) proceed with—and request that the Court reinstate—the Complaint; or (3) voluntarily dismiss the action. (*Id.* at 20–21.)  In the absence of a response to the Order, on December 3, 2024, the Court issued an Order to Show Cause Why This Court Should Not Recommend Dismissal ("OSC"). (OSC, ECF No. 13.)  The Court directed that the OSC would be discharged if Plaintiff filed, by no later than January 2, 2025, a FAC, notice that he wished to proceed with the Complaint, or a Notice of Dismissal. (*Id.*)  The cautioned Plaintiff that "**failure to comply with this order may result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).  *See* C.D. Cal. L.R. 41-1**." (*Id.*)

To date, Plaintiff has not filed a response to the OSC or Order.  Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** by **April 24, 2025** why the Court should not recommend that the case be dismissed for want of prosecution.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.  If Plaintiff files a FAC, a notice that he wishes to proceed with the Complaint, or a Notice of Dismissal (form attached to this order) on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is cautioned that failure to comply with this Order may result in a recommendation that the lawsuit be dismissed without prejudice for failure to keep the Court**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:24-cv-00370-SRM-MAA                    Date: March 25, 2025

Title:      *Trezell Heckard v. County of Riverside et al.*

**apprised of his current address, failure to prosecute,  and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).  *See* C.D. Cal. L.R. 41-6.**

It is so ordered.

<u>Attachments</u>:
Notice of Dismissal