1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREZELL HECKARD,<br><br>             Plaintiff,<br><br>    v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>          Defendants. | Case No. 5:24-cv-00370-SRM-MAA<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [19]** |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the records on file herein and the Report and Recommendation of United States Magistrate Judge ("Report"). *See* Dkt. 19. Further, the time for filing objections has expired and no objections have been made. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. *See* id. Accordingly, **IT IS ORDERED** that: (1) the action is **DISMISSED** for failure to prosecute and comply with the Court's orders; and (2) Judgment shall be entered dismissing this action without prejudice.

    **IT IS SO ORDERED**

Dated: October 16, 2025

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE