# **JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREZELL HECKARD,<br><br>Plaintiff,<br>v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>Defendants. | Case No. 5:24-cv-00370-SRM-MAA<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith, **IT IS ADJUDGED** that the above-captioned case is dismissed **WITHOUT PREJUDICE**.

Dated: October 16, 2025

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE